UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| EAST TENNESSEE NATURAL GAS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DEBRA YOUNG, et al., <br><br> Defendants. | Case No. 2:25-cv-00043 <br><br> Judge Waverly D. Crenshaw, Jr. <br> Magistrate Judge Alistair E. Newbern |
| EAST TENNESSEE NATURAL GAS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> 1.06 ACRES IN FRENTRESS COUNTY, TENNESSEE, et al., <br><br> Defendants. | Case No. 2:25-cv-00044 <br><br> Judge Waverly D. Crenshaw, Jr. <br> Magistrate Judge Alistair E. Newbern |
| EAST TENNESSEE NATURAL GAS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> 7.51 ACRES IN FENTRESS COUNTY, TENNESSEE, et al., <br><br> Defendants. | Case No. 2:25-cv-00045 <br><br> Judge Waverly D. Crenshaw, Jr. <br> Magistrate Judge Alistair E. Newbern |

| | |
|---|---|
| EAST TENNESSEE NATURAL GAS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>1.14 ACRES IN FENTRESS COUNTY, TENNESSEE, et al.,<br><br>    Defendants. | Case No. 2:25-cv-00046<br><br>Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair E. Newbern |
| EAST TENNESSEE NATURAL GAS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>KEVIN B. COOK, et al.,<br><br>    Defendants. | Case No. 2:25-cv-00047<br><br>Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair E. Newbern |
| EAST TENNESSEE NATURAL GAS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>3.64 ACRES IN FENTRESS COUNTY, TENNESSEE, et al.,<br><br>    Defendants. | Case No. 2:25-cv-00048<br><br>Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair E. Newbern |
| EAST TENNESSEE NATURAL GAS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>3.01 ACRES IN JACKSON COUNTY, TENNESSEE, et al.,<br><br>    Defendants. | Case No. 2:25-cv-00049<br><br>Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair E. Newbern |

| | |
|---|---|
| EAST TENNESSEE NATURAL GAS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>13.99 ACRES IN OVERTON COUNTY, TENNESSEE,<br><br>    Defendants. | Case No. 2:25-cv-00050<br><br>Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair E. Newbern |
| EAST TENNESSEE NATURAL GAS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CAMP MONTEREY, INC., et al.,<br><br>    Defendants. | Case No. 2:25-cv-00051<br><br>Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair E. Newbern |
| EAST TENNESSEE NATURAL GAS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>0.24 ACRES IN PUTNAM COUNTY, TENNESSEE,<br><br>    Defendants. | Case No. 2:25-cv-00052<br><br>Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair E. Newbern |
| EAST TENNESSEE NATURAL GAS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>1.18 ACRES IN PUTNAM COUNTY, TENNESSEE, et al.,<br><br>    Defendants. | Case No. 2:25-cv-00053<br><br>Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair E. Newbern |

| | |
|---|---|
| EAST TENNESSEE NATURAL GAS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>0.02 ACRES IN PUTNAM COUNTY, TENNESSEE, et al.,<br><br>    Defendants. | Case No. 2:25-cv-00054<br><br>Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair E. Newbern |
| EAST TENNESSEE NATURAL GAS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>0.98 ACRES IN PUTNAM COUNTY, TENNESSEE, et al.,<br><br>    Defendants. | Case No. 2:25-cv-00055<br><br>Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair E. Newbern |
| EAST TENNESSEE NATURAL GAS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>3.89 ACRES IN PUTNAM COUNTY, TENNESSEE, et al.,<br><br>    Defendants. | Case No. 2:25-cv-00056<br><br>Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair E. Newbern |

| | |
|---|---|
| EAST TENNESSEE NATURAL GAS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>3.48 ACRES IN TROUSDALE COUNTY, TENNESSEE, et al.,<br><br>    Defendants. | Case No. 3:25-cv-00606<br><br>Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair E. Newbern |

# ORDER

These matters are set for a joint initial case management conference on August 5, 2025, at 10:00 a.m. The conference will be held in Courtroom 5A, Fred D. Thompson U.S. Courthouse and Federal Building, 719 Church Street, Nashville, Tennessee.

Before the conference, counsel for the parties in all actions shall meet individually or collectively and shall draft a joint proposed initial case management order for each action or for the actions collectively as appropriate. The parties shall file the joint proposed case management order(s) no later than three business days before the conference. The parties shall also email a Word version of the joint proposed case management order(s) to Newbern_Chambers@tnmd.uscourts.gov. If the proposed order(s) cannot be submitted on time, or if all parties have not yet appeared, the plaintiff's counsel is responsible for contacting the Magistrate Judge's chambers to reschedule the conference.

Counsel shall be prepared to address the status of any pending motions and opportunities for consolidation of decision making among the actions.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge